1. "Harrell Karla Jones," 5. "Lieutenant Pivey,"
2. "Warden Sconyers," 6. "Lieutenant Thompkins," 9. "All Supervisors
3. "Warden Carter," 7. ~~[redacted]~~            and the DOC"
4. "Gwendlyn mosley," 8. "Lieutenant Logan"

ET. AL. COMPLAINT

2:14-cv-387-MEF-WC

RECEIVED
2014 MAY 21  P 12:04

Gregory

CIVIL ACTION NO: 2:14-CV-215-MEF

Come now inmate Gregory Lee # 184070 and hereby submits to the COURT the following Complaint. I am being exposed to a severe security and Health hazard here at Easterling Correctional Facility, 200 Wallace Drive Clio, Alabama 36017. I am being forced to live in a dormitory that the concrete flooring is un-safe to the point that I have lost my arch support in my feet. I have not been given any therapy, arch support ensoles nor any special shoes to solve this problem. All I have been given by the Warden Karla Jones and the Health care unit is a deaf ear to my serious medical problem. I have not been given any medication for pain either. My only resort is to present my problem to the COURT in the form of a complaint where I presently have a lawsuit pending. Magistrate Judge William Capel, Jr. ORDERED these people to provide me with a copy of medical records on April 4, 2014 and they have failed to comply.

# Gregory Lee

DONE THIS 22nd day of April 2014.

## COMPLAINT NOTARIZATION

I do hereby verify and certify that the foregoing complaint is true and accurate to the best of my knowledge. I am aware that I am subject to the penalty of perjury if I submit any false statements.

x Gregory Lee

SWORN TO AND SUBSCRIBED before me a Notary Public on 5TH day of ~~April~~ May 2014.

Kenneth E. Drake
NOTARY PUBLIC

My Commission Expires on: 9/16/14

## CERTIFICATE OF SERVICE

I do swear and affirm that I have served a copy of the foregoing complaint on the CLERK of the COURT and the Defendants postage pre-paid by placing the documents in the U.S. postal mailbox at ECF.

x _____

DONE THIS ___ day of April 2014

Gregory Lee
EASTERLING CORRECTIONAL FACILITY  # 148678
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 360
20 MAY '14
PM 4 L

US POSTAGE $000.48⁰
PITNEY BOWES
02 1P
0003179579  MAY 20 2014
MAILED FROM ZIP CODE 36017

Office of The Clerk
United states District court
one church Street, Suite B-110
Montgomery, Al 36104-4018

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."