IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GREGORY KENNETH LEE,             )
                                 )
        Plaintiff,               )
                                 )
v.                               )   CASE NO. 2:14-cv-387-MEF
                                 )            WO
KARLA JONES, *et al.*,           )
                                 )
        Defendants.              )

# O R D E R

On  June 16, 2014, the Magistrate Judge filed a Recommendation (Doc. #5) in this

case to which no timely objections have been filed.  Upon an independent review of the file

in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for plaintiff's failure to pay the full

filing and administrative fees upon the initiation of this case.

DONE this the 9th day of July, 2014.

                        /s/ Mark E. Fuller
                        UNITED STATES DISTRICT JUDGE